IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANDREW BLOCKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:17-CV-741-WHA |
| | ) | |
| JUDGE JAMES GLENN GOGGANS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #4), and upon a review of the file, it is hereby ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. #4) is ADOPTED.

2. Plaintiff's claims seeking declaratory and injunctive relief from orders issued by Judge James Glenn Goggans setting bond in his criminal cases are DISMISSED without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii).

3. Plaintiff's claims for monetary damages against Judge James Glenn Goggans are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(iii).

4. This case is DISMISSED prior to service of process in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii).

5. No costs are taxed.

DONE this 14th day of December, 2017.

                    /s/ W. Harold Albritton
             SENIOR UNITED STATES DISTRICT JUDGE